IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOREN T. WATKINS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY COUNTY BOARD )<br>OF HEALTH, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:04CV1152-MEF<br>[WO] |

**ORDER ON MOTION**

Upon consideration of the defendants' Motion For Hearing, filed on 14 December 2005 (Doc. # 30), and for good cause, it is ORDERED that:

1. The motion is GRANTED.

2. The plaintiff and counsel for the defendants shall appear for a Status Conference before the court on 26 January 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The plaintiff shall be prepared to advise the court regarding (a) her success in retaining legal representation, (b) her readiness to continue litigating her claims, even if she must do so without an attorney; and (c) her readiness to begin conducting and responding to discovery.

DONE this 9th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE