IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOREN T. WATKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:04-cv-1152-MEF ) |
| MONTGOMERY COUNTY BOARD OF HEALTH, *et. al.*, | ) (WO) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. In accordance with the Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE