IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOREN T. WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:04-cv-1152-MEF |
| ) | |
| MONTGOMERY COUNTY BOARD ) | |
| OF HEALTH, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Because of a typographical error relating to footnote numbers in the Memorandum Opinion and Order (Doc. # 52) entered on July 27, 2006, the court will on this date enter a corrected version of the Memorandum Opinion and Order.

DONE this the 1st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE